Opinion issued January 23, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00561-CV

_____

## EVA C. ONOFRE-VIOLANTE, Appellant

## V.

## FILOMENA GARCIA, Appellee

On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1184489

## MEMORANDUM OPINION

Appellant Eva C. Onofre-Violante appeals from a judgment signed on April 22, 2024. Appellant's brief was due on September 19, 2024. On November 6, 2024, notice issued to appellant, advising that the appeal was subject to dismissal unless

appellant filed a brief or motion for extension within ten days.  No brief or motion for extension was filed.

Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.3, 43.2.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.